GORDON RYAN, as Administrator of FREDERICK RYAN, Deceased, Respondent, *v.* THE DELAWARE AND HUDSON COMPANY, Appellant.

*Ryan* v. *Delaware & Hudson Co.*, 114 App. Div. 268, affirmed.
(Argued March 1, 1907; decided March 15, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 2, 1906, which reversed a judgment in favor of defendant

entered upon a dismissal of the complaint by the court at a Trial Term and granted a new trial in an action to recover for the death of plaintiff's intestate, alleged to have been caused by defendant's negligence.

*Lewis E. Carr* for appellant.

. *George B. Wellington* and *James A. Burnham* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on the ground that the sufficiency of defendant's rules was a question of fact for the jury; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.